**SEALED**

**FILED**
JAN - 5 2021
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | § CRIMINAL NO. SA21CR0025 OLG |
| Plaintiff, | § INFORMATION |
| v. | § |
| | § [In violation of: |
| JAYLYN CHRISTOPHER MOLINA, | § 18 U.S.C. § 2252A(a)(2)] |
| | § |
| Defendant. | § |

**THE UNITED STATES ATTORNEY CHARGES:**

**COUNT ONE**
[18 U.S.C. § 2252A(a)(2)]

On or about November 2, 2020, within the Western District of Texas, the Defendant,

**JAYLYN CHRISTOPHER MOLINA,**

did knowingly receive child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that had been shipped and transported in and affecting interstate and foreign commerce, by any means, including by computer.

All in violation of Title 18, United States Code, Section 2252A(a)(2).

**NOTICE OF UNITED STATES OF AMERICA'S DEMAND FOR FORFEITURE**
[*See* **Fed. R. Crim. P. 32.2**]

**Sexual Exploitation of Children Violations and Forfeiture Statutes**

As a result of the foregoing criminal violations set forth above, the United States gives notice to Defendant, **JAYLYN CHRISTOPHER MOLINA,** of its intent to seek the forfeiture of certain property, including but not limited to the digital and electronic devices seized by law enforcement during the investigation of this case, upon conviction and pursuant to Fed. R. Crim. P. 32.2 and Title 18 U.S.C. § 2253(a)(1), (2), and (3), which state:

1

**Title 18 U.S.C. § 2253. Criminal forfeiture**

**(a) Property subject to criminal forfeiture.**-A person who is convicted of an offense under this chapter involving a visual depiction described in section 2251, 2251A, 2252, 2252A, or 2260 of this chapter or who is convicted of an offense under section 2251B of this chapter, or who is convicted of an offense under chapter 109A, shall forfeit to the United States such person's interest in-

**(1)** any visual depiction described in section 2251, 2251A, 2252, 2252A, or 2260 of this chapter, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of this chapter;

**(2)** any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and

**(3)** any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property.

GREGG N. SOFER
UNITED STATES ATTORNEY

BY: MARK ROOMBERG
Digitally signed by MARK ROOMBERG
Date: 2021.01.04 12:56:39 -06'00'

MARK ROOMBERG
Assistant United States Attorney